WOODIN *against* HOOFUT.

Where the whole evidence is not returned by the justice, before whom a judgment had been obtained on a promissory note, which the defendant alleged was not for a good consideration, and the cause was fairly submitted to the jury, who found for the plaintiff, the court will not reverse the judgment, though, from the evidence returned, there is some reason to believe that a larger sum was included in the note, which was given for fees and services as a deputy sheriff, than was warranted by law.

IN ERROR, on *certiorari* to a justice's court.

*Hoofut* sued *Woodin* before the justice, and declared upon a promissory note, dated 2d *July*, 1811, for 19 dollars, 75 cents, with interest. Upon the trial, the defendant admitted the making of the note, but alleged it was not for a good consideration. The justice, in his return, stated, that a part only of the testimony was taken down in writing and returned. This evidence appeared to consist principally of admissions made by the parties, which went to show that the note was given for fees and services rendered by the plaintiff, as deputy sheriff, upon an execution in his hands, in favour of *Herrick*, against *Woodin*. The cause was fairly stated, and submitted by the justice to the jury, who tried the cause, and a verdict was found for the plaintiff for the amount of the note and interest.

*Per Curiam.* The whole of the testimony not being returned, it is difficult to say whether substantial justice has been done or not. There is some reason to believe that there was included in the note, a greater sum than the law would warrant. The note, however, appears to have been given after a settlement of the suit with the plaintiff's attorney, and so not open to the suspicion that it was obtained under the pressure of the execution. And, besides, there is evidence showing that some *extra* services were rendered, for which the deputy might fairly have been entitled to compensation; and the question being proper for the determination of a jury, and it having been fairly submitted to them, the judgment must be affirmed.

Judgment affirmed,